```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

MICHAEL SEGRETO, et al.,           )
    Plaintiffs,                    )
                                   )
        v.                       )   C.A. No. 03-10394-MLW
                                   )
CREDIT SUISSE FIRST BOSTON, et al.,)
    Defendants.                    )

<u>ORDER</u>

WOLF, D.J.                                      February 17, 2004

    Defendants have moved to transfer this action to the Southern District of New York, pursuant to 28 U.S.C. § 1404, on the grounds that this action is identical to at least three lawsuits filed in that district. The motion indicates that the relevant New York cases have been consolidated in the Southern District of New York, under the caption <u>In re Credit Suisse First Boston Corp. (Atmel Corporation) Analyst Securities Litigation</u>, and maintained under Master File No. 03-CV-2156. Lead plaintiff and lead counsel have been appointed in that action. The motion to transfer is unopposed and states that "[a]ll parties have indicated their willingness to transfer this action to the Southern District of New York."

    Therefore, it is hereby ORDERED that:

    1.   Defendant's Unopposed Motion to Transfer is ALLOWED.

    2.   The Clerk of Court for the District of Massachusetts shall transfer the complete file for this action, 03-CV-10394-

MLW, to the United States District Court for the Southern District of New York as an action related to <u>In re Credit Suisse First Boston Corp. (Atmel Corporation) Analyst Securities Litigation</u>, maintained under Master File No. 03-CV-2156.

```
                              _/s/ Mark L. Wolf_____
                              UNITED STATES DISTRICT JUDGE
```